United States District Court
Southern District of Texas
FILED

AO 91 (Rev. 5/85) Criminal Complaint

AUG 03 2012

# United States District Court

David J. Bradley, Clerk
Laredo Division

SOUTHERN ——————— DISTRICT OF ——————— TEXAS

UNITED STATES OF AMERICA

v.

Miguel HERRERA-Perez (35)
AKA: Sergio ZAVALETA-Valdez
Nuevo Laredo, Tamaulipas, Mexico

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: L-12-MJ-965

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 08/01/2012 in WEBB county, in the SOUTHERN District of TEXAS defendant(s) did, (Track Statutory Language of Offense)

~~an alien, a citizen of Mexico, attempted to gain entry into the United States after having been~~ ~~previously removed on or about  July 07, 2006, and not having secured prior consent, permission~~ ~~or parole from the Attorney General (prior to March 1, 2003) or the Secretary of the Department of~~ Homeland Security (on March 1, 2003 and there after) to enter or attempt to re-enter the United States.

in violation of Title 8 & 6 United States Code, Section(s) 1326 & 202, 557 .

I further state that I am a(n) CBP Enforcement Officer and that this complaint is based on the following facts:
*Official Title*

On or about August 01, 2012, the defendant, a citizen and national of Mexico, attempted to enter the United States by eluding examination or inspection by Customs and Border Protection Officers at the Lincoln Juarez Port of Entry in Laredo, Texas.  Defendant was apprehended by CBP Officers Juan Vargas and Alejandro Esparza. Secondary inspection was inspected by CBPO Martina Ramos.  Defendant identified himself as Miguel Herrera Perez an undocumented Mexican Citizen born in Monterrey, Nuevo Leon, Mexico.  At secondary inspection, IDENT and Immigration records revealed the defendant was removed from the United States on or about July 07, 2006, to Mexico, and that he has not applied for or received prior permission or parole from the Attorney General or Secretary of Homeland Security to apply for re-entry into the United States.  Facts are based on the defedant's statement and the records of U. S. Customs and Border Protection.  The defendant was paroled to the United States and an Immigration Hold has been placed.

Continued on the attached sheet and made a part hereof:  ☐ Yes   ☑ No

Signature of Complainant

Adrian A. Gonzalez, CBP Enforcement Officer

Sworn to before me and subscribed in my presence,

August 03, 2012

at

Laredo, Texas

Date

City and State

J. Scott Hacker, U.S. Magistrate Judge

Name & Title of Judicial Officer

Signature of Judicial Officer